USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/23/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

**NAJI SHAGERA AL YAFAI, et al.,**

**Plaintiffs,**

**-against-**

**UNITED STATES OF AMERICA, et al.,**

**Defendants.**

----------------------------------------------------------------X

**26-cv-06255 (DEH)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On July 23, 2026, Plaintiff filed the Complaint and summons was issued on July 28, 2026. As of the date of this Order, the Defendants have not made an appearance or otherwise answered, and there is no proof of service on the docket. By October 26, 2026, the Plaintiff is directed to file proof of service or, if warranted, show good cause for extending the 90-day period under Rule 4(m).

**SO ORDERED.**

DATED: New York, New York
October 23, 2026