USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/18/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

**NAJI SHAGERA AL YAFAI, et al.,**

**Plaintiffs,**

**-against-**

**UNITED STATES OF AMERICA, et al.,**

**Defendants.**
---------------------------------------------------------------X

**26-cv-06255 (DEH)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge.**

In light of Plaintiffs' letter dated November 18, 2026, advising the Court that Plaintiffs are engaged in settlement discussions with Defendants, ECF No. 11, and the proof of service filed at ECF No. 10, the report and recommendation dated October 30, 2026, ECF No. 9, is VACATED. The parties shall file a stipulation of dismissal or status letter by Friday, December 18, 2026.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: November 18, 2026
New York, New York